■ In the Matter of WILLIAM L. JONES, Appellant, v CAYUGA COUNTY BOARD OF ELECTIONS, Respondent. CAYUGA COUNTY CONSERVATIVE PARTY, Intervenor.—Order unanimously affirmed, without costs. Memorandum: A voter who previously signed a designating petition which was subsequently invalidated is not barred from signing an opportunity-to-ballot petition (Matter of Lobaito v Molinaro, 45 AD2d 940; Matter of Lawrence v Board of Elections, 31 Misc 2d 330; cf. Matter of Simon v Power, 50 Misc 2d 761, revd on other grounds 26 AD2d 531, revd on other grounds 17 NY2d 924; Matter of Gilmore v Kugler, 21 AD2d 293). A contrary holding would deprive persons who signed a designating petition later held invalid from exercising the separate right given to them by the Election Law to request the opportunity to write in the name of a candidate of their choice (Matter of Lawrence v Board of Elections, supra, p 332). We find petitioner's other arguments to be without merit. (Appeal from order of Supreme Court, Cayuga County, Corning, J.—Election Law.)

Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)